# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Woods Drug and Alcohol Testing, Inc. | ) | ASBCA No. 59621 |
| | ) | |
| Under Contract No. W912CN-09-C-0063 | ) | |

APPEARANCE FOR THE APPELLANT: Ms. Sheila L. Woods
CEO, President

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
MAJ Jamal A. Rhinehardt, JA
Trial Attorney

## ORDER OF DISMISSAL

The parties have settled the referenced appeal. Accordingly, it is hereby dismissed with prejudice.

Dated: 22 April 2015

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59621, Appeal of Woods Drug and Alcohol Testing, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals